IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH   DIVISION

ERIC HUGHES                                                                              PLAINTIFF

      V.                                              Civil No.12-2014

MARY TIMMONS, INDIVIDUALLY
AND AS WATER DEPARTMENT
MANAGER FOR THE CITY OF MENA,
AND THE CITY OF MENA, ARKANSAS,
AND LINDA ROWE INDIVIDUALLY
AND AS PRESIDENT OF WATER
COMMISSIONER                                                                          DEFENDANTS

AMENDED CLERK'S ORDER OF DISMISSAL
AS TO MARY TIMMONS AND LINDA ROWE IN THEIR INDIVIDUAL CAPACITIES ONLY

  Now on this 18th day of OCTOBER,  2012, comes the parties Joint Stipulation of dismissal,

WITHOUT PREJUDICE, regarding Mary Timmons and Linda Rowe in their Individual Capacity

ONLY.

  Pursuant to Rule 41(a)(1)(A)(ii),  Federal Rules of Civil Procedure, the claims are hereby

dismissed without prejudice as to their Individual  CAPACITIES ONLY of Mary Timmons and

Linda Rowe.

IT IS HEREBY ORDERED:

                                            AT THE DIRECTION OF THE COURT

                                            CHRISTOPHER R. JOHNSON, CLERK

                                            BY :  /s/ Sallie Hicks, Deputy Clerk