IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ERIC HUGHES  PLAINTIFF

v.  Case No. 2:12-CV-02014

CITY OF MENA; MARY TIMMONS, as
Water Department Manager for the City of Mena;
and CORPORAL LINDA ROWE, as President
of the Water Commission  DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment (Doc. 11) is **GRANTED**. This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED AND ADJUDGED this 9th day of January, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE